# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowbeer, Hildy | USDC - District of Minnesota | 12/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - full time | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>07/23/2014 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
Suite 632
316 N. Robert St.
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Minnesota Continuing Legal Education |
| 2. | Vice-President and President, Board of Directors | Emma Norton Services |
| 3. | Assistant Chief Intellectual Property Counsel | 3M Innovative Properties Company |
| 4. | Trustee | Trust #1 |
| 5. | Trustee | Trust #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997-2014 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. | 1997-2014 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | 2014 | 3M Company variable compensation component of salary - will receive a pro-rated payment in February 2015 based on company's performance during 2014 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | 3M Innovative Properties Company - salary and long term incentive compensation for services rendered as in-house attorney (applies to all 3M items) | $592,706.00 |
| 2. | 2013 | 3M Innovative Properties Company - salary and long term incentive compensation | $556,527.00 |
| 3. | 2014 | 3M Innovative Properties Company (through June 22, 2014) - salary and long term incentive compensation | $347,814.22 |
| 4. | 2012 | New Harbinger Publishing Company - book royalties for books written by late husband (description applies to all royalties) | $3,170.00 |
| 5. | 2013 | New Harbinger Publishing Company - book royalties | $2,552.00 |
| 6. | 2014 | New Harbinger Publishing Company - book royalties | $952.12 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. US Bank Checking Account | A | Interest | M | T | Exempt | | | | |
| 3. Fidelity Individual Account (Money Market) | A | Interest | K | T | Exempt | | | | |
| 4. 3M Company Stock (common) | D | Dividend | N | T | Exempt | | | | |
| 5. 3M Company Restricted Stock Units (unvested) | | None | M | T | Exempt | | | | |
| 6. 3M Company VIP Excess deferred compensation account (company managed) | | None | N | T | Exempt | | | | |
| 7. 3M Company Medical Savings Account | A | Interest | J | T | Exempt | | | | |
| 8. 3M Company Stock Options | | None | P1 | T | Exempt | | | | |
| 9. Rental property, Marco Island, Florida (purchase price $412,000) | E | Rent | N | R | Buy | 02/15/13 | N | | Michael and Holly Rennie |
| 10. Brokerage Acct (Northwestern Mutual) (Assets listed below) | | | | | | | | | |
| 11. - DREYFUS GENERAL MNY MKT FUND CL B | A | Interest | J | T | Exempt | | | | |
| 12. - RUSSELL TAX-MANAGED U.S. MID & SMALL CAP FUND CLASS S | | None | K | T | Exempt | | | | |
| 13. - RUSSELL TAX MANAGED U.S. LARGE CAP FUND CLASS S | | None | M | T | Exempt | | | | |
| 14. - RUSSELL EMERGING MARKETS FUND CL S | | None | K | T | Exempt | | | | |
| 15. - RUSSELL GLOBAL REAL ESTATE SECURITIES FUND CLASS S | A | Int./Div. | K | T | Exempt | | | | |
| 16. - RUSSELL TAX EXEMPT BOND FUND CLASS S | A | Int./Div. | M | T | Exempt | | | | |
| 17. - RUSSELL INT'L DEVELOPED MARKETS FUND CLASS S | | None | L | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Northwestern Mutual Life Insurance Policies | E | Dividend | N | T | Exempt | | | | |
| 19. Alliance Bernstein Collegebound Fund Balanced Portfolio Class C (529) | | None | K | T | Exempt | | | | |
| 20. Trust #2 (Assets listed below) | | | | | | | | | |
| 21. - RBC Prime Market Money Fund | A | Int./Div. | J | T | Exempt | | | | |
| 22. - Franklin Income Money Fund | B | Dividend | K | T | Exempt | | | | |
| 23. - Pimco Low Duration Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 24. - Templeton Foreign Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 25. - Thornburg Investment Income Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 26. - BMO Harris Bank - checking acct and CD | A | Interest | J | T | Exempt | | | | |
| 27. Bowbeer IRA - RBC Dain Rauscher (Assets listed below) | | | | | | | | | |
| 28. - RBC Cash and Federated Money Market Fund | A | Interest | K | T | Exempt | | | | |
| 29. - Alliance Bernstein Bond Mutual Fund (a/k/a Ltd Duration High Income) | A | Dividend | | | Exempt | | | | |
| 30. - Alliance Bernstein Global Bond Mutual Fund | A | Dividend | | | Exempt | | | | |
| 31. - Alliance Bernstein Unconstrained Mutual Fund | | None | L | T | Exempt | | | | |
| 32. - Brandes Emerging Markets Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 33. - Cullen High Dividend Equity Mutual Fund | B | Dividend | | | Exempt | | | | |
| 34. - Dodge & Cox Stock Mutual Fund | B | Dividend | M | T | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Driehaus Select Credit Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 36. - DWS Floating Rate Mutual Fund | C | Dividend | | | Exempt | | | | |
| 37. - FundVantage WHV Int'l Equity Mutual Fund | A | Dividend | | | Exempt | | | | |
| 38. - JP Morgan Strategic Income Opportunities Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 39. - Mairs & Power Growth Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 40. - Matthews Asian Growth & Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 41. - MFS Growth Mutual Fund | A | Dividend | M | T | Exempt | | | | |
| 42. - MFS SER TR X International Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 43. - Mutual Series European Mutual Fund | C | Dividend | | | Exempt | | | | |
| 44. - Oakmark Global Select Mutual Fund | B | Dividend | M | T | Exempt | | | | |
| 45. - Pioneer Multi Asset Mutual Fund | | None | K | T | Exempt | | | | |
| 46. - Principal FDS Mutual Fund | A | Dividend | | | Exempt | | | | |
| 47. - TCW FDS Mutual Fund | B | Dividend | | | Exempt | | | | |
| 48. - Templeton Emerging Markets Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 49. - Templeton Global Bond Mutual Fund | C | Dividend | K | T | Exempt | | | | |
| 50. - Templeton Global Smaller Companies Mutual Fund | A | Dividend | | | Exempt | | | | |
| 51. - Thornburg INVT TR Mutual Fund | C | Dividend | M | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Index Mutual Fund | A | Dividend | | | Exempt | | | | |
| 53. - Wells Fargo Absolute Return Mutual Fund | | None | M | T | Exempt | | | | |
| 54. - Accenture PLC Ireland Stock | A | Dividend | | | Exempt | | | | |
| 55. - Accor SA Stock | A | Dividend | | | Exempt | | | | |
| 56. - Actavis PLC Stock | | None | | | Exempt | | | | |
| 57. - Adidas AG Stock | A | Dividend | | | Exempt | | | | |
| 58. - AIA Group LTD Stock | A | Dividend | | | Exempt | | | | |
| 59. - Amadeus IT Holdings SA Stock | A | Dividend | | | Exempt | | | | |
| 60. - Anheuser Busch Inbev SA Stock | B | Dividend | | | Exempt | | | | |
| 61. - Anhui Conch Cement Stock | A | Dividend | | | Exempt | | | | |
| 62. - ARM Holdings PLC Stock | A | Dividend | | | Exempt | | | | |
| 63. - ASML Holdings NC Stock | A | Dividend | | | Exempt | | | | |
| 64. - ASSA ABLOY AB Stock | A | Dividend | | | Exempt | | | | |
| 65. - Aviva PLC Stock | | None | | | Exempt | | | | |
| 66. - Baidu Inc Stock | | None | | | Exempt | | | | |
| 67. - Banca Nonte dei Paschi di Siena Stock | | None | | | Exempt | | | | |
| 68. - Banco Bilbao Vizcaya Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - BG Group PLC Stock | | None | | | Exempt | | | | |
| 70. - BT Group PLC Stock | | None | | | Exempt | | | | |
| 71. - Burberry Group PLC Stock | A | Dividend | | | Exempt | | | | |
| 72. - Canadian National Railway Stock | A | Dividend | | | Exempt | | | | |
| 73. - Carnival Corp Stock | A | Dividend | | | Exempt | | | | |
| 74. - Centrais Electricas COM Stock | A | Dividend | | | Exempt | | | | |
| 75. - Centrais Electricas PFD Stock | A | Dividend | | | Exempt | | | | |
| 76. - Check Point Software Technologies LTD Stock | | None | | | Exempt | | | | |
| 77. - China Mobile Limited Stock | A | Dividend | | | Exempt | | | | |
| 78. - CNOOC LTD Stock | A | Dividend | | | Exempt | | | | |
| 79. - Compass Group PLC Stock | A | Dividend | | | Exempt | | | | |
| 80. - Dassault Systems SA Stock | A | Dividend | | | Exempt | | | | |
| 81. - Deutsche Bank AG Stock | A | Dividend | | | Exempt | | | | |
| 82. - Elekta AB Stock | A | Dividend | | | Exempt | | | | |
| 83. - Embraer SA Stock | A | Dividend | | | Exempt | | | | |
| 84. - Ensco PLC Stock | A | Dividend | | | Exempt | | | | |
| 85. - Experian PLC Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fanuc Corp Stock | A | Dividend | | | Exempt | | | | |
| 87. - FLSMIDTH & Co Stock | | None | | | Exempt | | | | |
| 88. - Fomento Economico Mexicano Stock | | None | | | Exempt | | | | |
| 89. - Fresenius Medical Care AG Stock | A | Dividend | | | Exempt | | | | |
| 90. - Galaxy Entertainment Group Stock | | None | | | Exempt | | | | |
| 91. - Hang Lung PPTYS LTD Stock | A | Dividend | | | Exempt | | | | |
| 92. - Hong Kong Exchanges & Clearing LTD Stock | A | Dividend | | | Exempt | | | | |
| 93. - Industrial & Commercial Bank of China LTD Stock | A | Dividend | | | Exempt | | | | |
| 94. - ING Group NV Stock | | None | | | Exempt | | | | |
| 95. - Intesa San Paolo SPA Stock | A | Dividend | | | Exempt | | | | |
| 96. - ITAU Unibanco Holding Stock | A | Dividend | | | Exempt | | | | |
| 97. - Julius Baer Group LTD Stock | A | Dividend | | | Exempt | | | | |
| 98. - KDDI Corp Stock | | None | | | Exempt | | | | |
| 99. - Komatsu LTD Stock | A | Dividend | | | Exempt | | | | |
| 100. - Kone OYJ Stock | A | Dividend | | | Exempt | | | | |
| 101. - Kubota Corp Stock | A | Dividend | | | Exempt | | | | |
| 102. - Las Vegas Sands Corp Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Li & Fung LTD Stock | | None | | | Exempt | | | | |
| 104.  - Lululemon Athletica Stock | | None | | | Exempt | | | | |
| 105.  - Mastercard Incorporated Stock | A | Dividend | | | Exempt | | | | |
| 106.  - Mercadolibre Inc Stock | A | Dividend | | | Exempt | | | | |
| 107.  - Mitsubishi UJF Financial Stock | A | Dividend | | | Exempt | | | | |
| 108.  - Nokia Corp Stock | | None | | | Exempt | | | | |
| 109.  - Olympus Corp Stock | | None | | | Exempt | | | | |
| 110.  - Pacific Rubiales Energy Stock | A | Dividend | | | Exempt | | | | |
| 111.  - Pearson PLC Stock | A | Dividend | | | Exempt | | | | |
| 112.  - Potash Corp of Saskatchawan Inc Stock | A | Dividend | | | Exempt | | | | |
| 113.  - PT Bank Manediri Persero TBK Stock | A | Dividend | | | Exempt | | | | |
| 114.  - Publicis SA Stock | A | Dividend | | | Exempt | | | | |
| 115.  - Reckitt Benkiser PLC Stock | A | Dividend | | | Exempt | | | | |
| 116.  - Roche Holding of Scotland Stock | A | Dividend | | | Exempt | | | | |
| 117.  - Royal Bank of Scotland Stock | | None | | | Exempt | | | | |
| 118.  - Royal Mail PLC Stock | | None | | | Exempt | | | | |
| 119.  - Sabmiller PLC Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - SAP AG Stock | A | Dividend | | | Exempt | | | | |
| 121. - Sberbank Russia Stock | | None | | | Exempt | | | | |
| 122. - Schlumberger LTD Stock | A | Dividend | | | Exempt | | | | |
| 123. - Siemens AG Stock | A | Dividend | | | Exempt | | | | |
| 124. - SINA Corp Stock | | None | | | Exempt | | | | |
| 125. - Southern Copper Corp Stock | A | Dividend | | | Exempt | | | | |
| 126. - Sumitomo Mitsui TR Holdings Stock | A | Dividend | | | Exempt | | | | |
| 127. - Suntory Beverage and Food LTD Stock | | None | | | Exempt | | | | |
| 128. - Swatch Group AG Stock | A | Dividend | | | Exempt | | | | |
| 129. - Syngenta AG Stock | A | Dividend | | | Exempt | | | | |
| 130. - Taiwan Semiconductor Mfg Co Stock | | None | | | Exempt | | | | |
| 131. - Tata Motors LTD Stock | A | Dividend | | | Exempt | | | | |
| 132. - Tencent Holdings Ltd Stock | A | Dividend | | | Exempt | | | | |
| 133. - Teva Pharmaceutical Stock | A | Dividend | | | Exempt | | | | |
| 134. - Total SA Stock | A | Dividend | | | Exempt | | | | |
| 135. - Tullow Oil PLC Stock | A | Dividend | | | Exempt | | | | |
| 136. - Turkiye Garanti Barakasi AS Stock | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - UBS AG Stock | A | Dividend | | | Exempt | | | | |
| 138. - Vodaphone Group PLC Stock | A | Dividend | | | Exempt | | | | |
| 139. - Wal-Mart de Mexico SAB Stock | A | Dividend | | | Exempt | | | | |
| 140. - Yandex NV Stock | | None | | | Exempt | | | | |
| 141. - Yum Brands Inc Stock | A | Dividend | | | Exempt | | | | |
| 142. - Abbvie Inc Stock | | None | | | Exempt | | | | |
| 143. - Agrium Inc Stock | A | Dividend | | | Exempt | | | | |
| 144. - Allegion Public Ltd Co Stock | | None | | | Exempt | | | | |
| 145. - American Int'l Group Inc Stock | A | Dividend | | | Exempt | | | | |
| 146. - Anglogold Ashanti Ltd Stock | A | Dividend | | | Exempt | | | | |
| 147. - Aon PLC SHS CL A Stock | A | Dividend | | | Exempt | | | | |
| 148. - Apache Corp Stock | A | Dividend | | | Exempt | | | | |
| 149. - Applied Materials Stock | A | Dividend | | | Exempt | | | | |
| 150. - Avon Products Stock | A | Dividend | | | Exempt | | | | |
| 151. - Baker Hughes Inc Stock | A | Dividend | | | Exempt | | | | |
| 152. - Barrick Gold Corp Stock | A | Dividend | | | Exempt | | | | |
| 153. - Best Buy Co Inc Stock | | None | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - CA Inc Stock | A | Dividend | | | Exempt | | | | |
| 155.  - Canadian Natural Resources LTD Stock | A | Dividend | | | Exempt | | | | |
| 156.  - Capital One Financial Corp Stock | A | Dividend | | | Exempt | | | | |
| 157.  - Centurylink Inc Stock | A | Dividend | | | Exempt | | | | |
| 158.  - Cisco Systems Inc Stock | A | Dividend | | | Exempt | | | | |
| 159.  - Citigroup Inc Com Stock | A | Dividend | | | Exempt | | | | |
| 160.  - CVS Caremark Corp Stock | A | Dividend | | | Exempt | | | | |
| 161.  - EMC Corp-Mass Stock | A | Dividend | | | Exempt | | | | |
| 162.  - Ford Motor Co Stock | A | Dividend | | | Exempt | | | | |
| 163.  - General Motors Corp Stock | A | Dividend | | | Exempt | | | | |
| 164.  - Goldman Sachs Group Inc Stock | A | Dividend | | | Exempt | | | | |
| 165.  - Halliburton Co Stock | A | Dividend | | | Exempt | | | | |
| 166.  - Hartford Financial Services Stock | A | Dividend | | | Exempt | | | | |
| 167.  - Ingersoll Rand PLC Stock | A | Dividend | | | Exempt | | | | |
| 168.  - Interpublic Group of Cos Inc Stock | A | Dividend | | | Exempt | | | | |
| 169.  - JP Morgan Chase Stock | A | Dividend | | | Exempt | | | | |
| 170.  - Lincoln National Corp - Ind Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Loews Corp Stock | A | Dividend | | | Exempt | | | | |
| 172. - Merck & Co Inx Stock | A | Dividend | | | Exempt | | | | |
| 173. - Metlife Inc Stock | A | Dividend | | | Exempt | | | | |
| 174. - Metro AG ORD DEM 5 Stock | | None | | | Exempt | | | | |
| 175. - Microsoft Corp Stock | A | Dividend | | | Exempt | | | | |
| 176. - Mosaic Co Stock | A | Dividend | | | Exempt | | | | |
| 177. - Noble Energy Inc Stock | A | Dividend | | | Exempt | | | | |
| 178. - Norwegian Cruise Line Holdings LTD SHS Stock | | None | | | Exempt | | | | |
| 179. - NRG Energy Inc Stock | A | Dividend | | | Exempt | | | | |
| 180. - Oracle Corp Stock | A | Dividend | | | Exempt | | | | |
| 181. - Paccar Inc Stock | A | Dividend | | | Exempt | | | | |
| 182. - Pfizer Inc Stock | A | Dividend | | | Exempt | | | | |
| 183. - Philip Morris Int'l Inc Stock | A | Dividend | | | Exempt | | | | |
| 184. - Phillips 66 Com Stock | A | Dividend | | | Exempt | | | | |
| 185. - Pitney Bowes Inc Stock | A | Dividend | | | Exempt | | | | |
| 186. - Raytheon Co Com Stock | A | Dividend | | | Exempt | | | | |
| 187. - Sanofi Sponsored ADR Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Talisman Energy Inc Stock | A | Dividend | | | Exempt | | | | |
| 189. - Target Corp Stock | A | Dividend | | | Exempt | | | | |
| 190. - Teradyne Inc Stock | | None | | | Exempt | | | | |
| 191. - Tesoro Corp Stock | A | Dividend | | | Exempt | | | | |
| 192. - Teva Pharmaceutical Industries Ltd ADR Stock | A | Dividend | | | Exempt | | | | |
| 193. - Time Inc Stock (Spinoff from Time Warner) | A | Dividend | | | Exempt | | | | |
| 194. - Time Warner Inc Stock | A | Dividend | | | Exempt | | | | |
| 195. - Union Pacific Corp Stock | A | Dividend | | | Exempt | | | | |
| 196. - UNUM Group Stock | A | Dividend | | | Exempt | | | | |
| 197. - Valero Energy Corp Stock | A | Dividend | | | Exempt | | | | |
| 198. - Viacom Inc Stock | A | Dividend | | | Exempt | | | | |
| 199. - Wells Fargo & Co Stock | A | Dividend | | | Exempt | | | | |
| 200. - Milburn Multi Markets Series A (Managed Futures) | | None | | | Exempt | | | | |
| 201. - Allergan Inc Stock | A | Dividend | | | Exempt | | | | |
| 202. - American Express Co Stock | A | Dividend | | | Exempt | | | | |
| 203. - Amerisouce Bergen Corp Stock | A | Dividend | | | Exempt | | | | |
| 204. - Apple Inc Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Bed Bath & Beyond Inc Stock | | None | | | Exempt | | | | |
| 206. - Biogen Idec Inc Stock | | None | | | Exempt | | | | |
| 207. - Cameron Int'l Corp Stock | | None | | | Exempt | | | | |
| 208. - Costco Wholesale Corp Stock | A | Dividend | | | Exempt | | | | |
| 209. - eBay Inc Stock | | None | | | Exempt | | | | |
| 210. - EMC Corp Stock | A | Dividend | | | Exempt | | | | |
| 211. - Estee Lauder Cos Inc Stock | A | Dividend | | | Exempt | | | | |
| 212. - Express Scripts Holding Co Stock | | None | | | Exempt | | | | |
| 213. - F5 Networks Inc Stock | | None | | | Exempt | | | | |
| 214. - Franklin Resources Inc Stock | A | Dividend | | | Exempt | | | | |
| 215. - Gilead Sciences Inc Stock | | None | | | Exempt | | | | |
| 216. - Google Inc CL A Stock | | None | | | Exempt | | | | |
| 217. - Google Inc CL C Stock | | None | | | Exempt | | | | |
| 218. - Johnson Controls Inc Stock | A | Dividend | | | Exempt | | | | |
| 219. - Juniper Networks Stock | | None | | | Exempt | | | | |
| 220. - McKesson Corp Stock | A | Dividend | | | Exempt | | | | |
| 221. - McDonalds Corp Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Nike Inc Stock | A | Dividend | | | Exempt | | | | |
| 223. - Priceline.com Inc Stock | | None | | | Exempt | | | | |
| 224. - Priceline Group Inc Stock | | None | | | Exempt | | | | |
| 225. - Ralph Lauren Corp Stock | A | Dividend | | | Exempt | | | | |
| 226. - Starbucks Corp Stock | A | Dividend | | | Exempt | | | | |
| 227. - State Street Corp Stock | A | Dividend | | | Exempt | | | | |
| 228. - Stryker Corp Stock | A | Dividend | | | Exempt | | | | |
| 229. - Teradata Corp Stock | | None | | | Exempt | | | | |
| 230. - Thermo Fisher Scientific Inc Stock | A | Dividend | | | Exempt | | | | |
| 231. - TJX Cos Inc Stock | A | Dividend | | | Exempt | | | | |
| 232. - Unilever NV Stock | A | Dividend | | | Exempt | | | | |
| 233. - Union Pacific Corp Stock | A | Dividend | | | Exempt | | | | |
| 234. - Visa Inc Stock | A | Dividend | | | Exempt | | | | |
| 235. - Walgreen Co Stock | A | Dividend | | | Exempt | | | | |
| 236. - WW Grainger Inc Stock | | None | | | Exempt | | | | |
| 237. - HSBC Holdings PLC Common Stock | A | Dividend | | | Exempt | | | | |
| 238. - Hennes & Mauritz AB Common Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Kingfisher PLC Common Stock | A | Dividend | | | Exempt | | | | |
| 240. - LVMH Moet Hennessy Louis Common Stock | A | Dividend | | | Exempt | | | | |
| 241. - Michelin Generale Common Stock | A | Dividend | | | Exempt | | | | |
| 242. - Nestle SA Common Stock | A | Dividend | | | Exempt | | | | |
| 243. - Novartis Common Stock | A | Dividend | | | Exempt | | | | |
| 244. - Novo Nordisk Common Stock | A | Dividend | | | Exempt | | | | |
| 245. - Toyota Corp Common Stock | A | Dividend | | | Exempt | | | | |
| 246. - Abbot Laboratories Common Stock | A | Dividend | | | Exempt | | | | |
| 247. - Coca Cola Company Common Stock | A | Dividend | | | Exempt | | | | |
| 248. - Colgate Palmolive Common Stock | A | Dividend | | | Exempt | | | | |
| 249. - General Electric Common Stock | A | Dividend | | | Exempt | | | | |
| 250. - Mondelez International Commo Stock | A | Dividend | | | Exempt | | | | |
| 251. - Monsanto Common Stock | A | Dividend | | | Exempt | | | | |
| 252. - Occidental Pete Common Stock | A | Dividend | | | Exempt | | | | |
| 253. - Pepsico Common Stock | A | Dividend | | | Exempt | | | | |
| 254. - Philip Morris Common Stock | A | Dividend | | | Exempt | | | | |
| 255. - Proctor & Gamble Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Qualcomm Common Stock | A | Dividend | | | Exempt | | | | |
| 257.  - Sanofi Common Stock | A | Dividend | | | Exempt | | | | |
| 258.  - United Parcel SVC Common Stock | A | Dividend | | | Exempt | | | | |
| 259.  - Wells Fargo Common Stock | A | Dividend | | | Exempt | | | | |
| 260.  - CA Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 261.  - Century Link Common Stock | A | Dividend | | | Exempt | | | | |
| 262.  - Microsoft Corp Common Stock | A | Dividend | | | Exempt | | | | |
| 263.  - Pfizer Common Stock | A | Dividend | | | Exempt | | | | |
| 264.  - Sanofi Sponsored ADR Common Stock | A | Dividend | | | Exempt | | | | |
| 265.  Brokerage Account (RBC) (Assets listed below) | | | | | | | | | |
| 266.  - RBC Money Market Bank Deposit Program | A | Interest | K | T | Exempt | | | | |
| 267.  - Alliance Bernstein Bond Mutual Fund (a/k/a Ltd Duration High Income) | A | Dividend | | | Exempt | | | | |
| 268.  - Alliance Bernstein Unconstrained Bond Mutual Fund | | None | K | T | Exempt | | | | |
| 269.  - Alliance Bernstein Global Bond Mutual Fund | A | Dividend | | | Exempt | | | | |
| 270.  - AQR Managed Futures Strategy Mutual Fund (a/k/a AQR FDS Mutual Fund) | A | Dividend | | | Exempt | | | | |
| 271.  - Ashton Montag & Caldwell Growth Mutual Fund | | None | | | | | | | |
| 272.  - Brandes International Equity Mutual Fund | | None | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Brandes Emerging Markets Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 274. - Cullen High Dividend Equity Mutual Fund | A | Dividend | | | Exempt | | | | |
| 275. - Dodge & Cox Stock Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 276. - Driehaus Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 277. - DWS Portfolio Mutual Fund | B | Dividend | | | Exempt | | | | |
| 278. - Eaton Vance Floating Rate Mutual Fund | A | Dividend | | | Exempt | | | | |
| 279. - Franklin Strategic Mutual Fund | A | Dividend | | | Exempt | | | | |
| 280. - Fundvantage Mutual Fund | A | Dividend | | | Exempt | | | | |
| 281. - ING Mutual Fund | A | Dividend | | | Exempt | | | | |
| 282. - JP Morgan TR Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 283. - Loomis Sayles Strategic Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 284. - Mairs & Power Growth Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 285. - Matthews Asian Growth & Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 286. - MFS Growth Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 287. - MFS SER TR X International Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 288. - Mutual Series Fund Inc. Mutual Fund | B | Dividend | | | Exempt | | | | |
| 289. - Northern LTS FD TR Altegris Mutual Fund | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - Nuveen INVT FDS Minn Mutual Fund | A | Dividend | | | Exempt | | | | |
| 291. - Oakmark Global Select Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 292. - Pioneer Multi Asset Mutual Fund | | None | K | T | Exempt | | | | |
| 293. - Principal FDS Mutual Fund | A | Dividend | | | Exempt | | | | |
| 294. - Prudential Jennison Mid Cap Mutual Fund | | None | | | Exempt | | | | |
| 295. - T Rowe Price Int'l Mutual Fund | A | Dividend | | | Exempt | | | | |
| 296. - TCW FDS Mutual Fund | A | Dividend | | | Exempt | | | | |
| 297. - Templeton Emerging Markets Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 298. - Templeton Global Bond Market Fund | B | Dividend | K | T | Exempt | | | | |
| 299. - Templeton Global Smaller Mutual Fund | A | Dividend | | | Exempt | | | | |
| 300. - Thornburg INVT TR Mutual Fund | C | Dividend | K | T | Exempt | | | | |
| 301. - Vanguard Index Mutual Fund | A | Dividend | | | Exempt | | | | |
| 302. - Wells Fargo Absolute Return Mutual Fund | | None | K | W | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section I, line 4, Trust #1 is minimally funded (approx. $400 in an account at US Bank) until my death, at which time the portion of my assets designated for her will flow into the trust.

In Section VII, line 4, the value depicted for the 3M Company Restricted Stock Units (unvested) is based on the market price of the stock at the time the report was created. Any vested RSUs are distributed to the individual stock account, which is reported in line 3.

In section VII, line 5, the value of the 3M qualified pension plan is an estimate. It is a defined benefit plan and I do not have access to information about the present value of that income stream, nor to information about "income" generated by that plan, as I have not yet begun taking the pension and its balue to me will depend on when I start taking it and how long I live.

In section VII, line 6, the nonqualified portion of the 3M pension plan was paid to me after the reporting date, so will be reported as income on my next report. As noted above, I do not have access to information about "income" generated by that plan prior to the payout of the lump sum to me.

In section VII, line 7, the VIP Excess account does not generate interest or dividends - all gains are reflected in the increase in the value of the account.

In Section VII, various lines, where Column B(2) showns "None" for income, it is because the asset was purchased shortly before the end of the reporting period and no income had yet been realized.

In Section VII, line 20, the CollegeBound fund is a 529 plan that does not report dividends or interest. All gains are reflected in the increase in the value of the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544